# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No.  15-cr-00119-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  JUAN ALFREDO LOPEZ-ZAMBRANO,

      Defendant.

## ORDER

Pursuant to and in accordance with the sentencing hearing held before the Honorable Robert E. Blackburn, United States District Judge, on May 13, 2015,

**IT IS ORDERED** that Defendant Juan Alfredo Lopez-Zambrano is sentenced to **time served**.

Dated:  May 13, 2015

                                        BY THE COURT:

                                        s/ Robert E. Blackburn
                                        ROBERT E. BLACKBURN,
                                        UNITED STATES DISTRICT JUDGE